NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHERYL HIGGINS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5025

———————————

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00922-EJD, Judge Edward J. Damich.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of Cheryl Higgins' unopposed motion for a 60-day extension of time, until February 26, 2014, to file her opening brief and a motion for leave to proceed in forma paurperis.

IT IS ORDERED THAT:

The motion is granted.

2                                        HIGGINS v. US

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s21